# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-12379-MDC

ADRIAN LUPU

1332 AIRPORT ROAD

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ADRIAN LUPU

    1332 AIRPORT ROAD

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    MARK A. CRONIN ESQ
    26 S. CHURCH ST.

    WEST CHESTER, PA 19382-

Date: 3/21/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee