**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Adrian Lupu | : | Chapter 13 |
| Debtor | : | No. 22-12379 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance in this matter on behalf of Debtor Adrian Lupu, effectively immediately.  Thank you.

                              The Law Office of Sharon S. Masters
                              */s/ Sharon S. Masters*
                              Sharon S. Masters, Esq.
                              Attorney ID No. 50360
                              132 Overleaf Drive
                              Thorndale, PA  19372
                              (610) 322-5277
                              shmasters@hotmail.com

Dated: 3/21/2023