**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 13** |
| ADRIAN LUPU, | : | |
| | : | |
| | : | **Case No. 22-12379-mdc** |
| DEBTOR. | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced matter.

Respectfully submitted,

/s/ *Mark A. Cronin*
Mark A. Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(484) 266-0832
philalaw@aol.com
Attorney for Debtor

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case.

Respectfully submitted,

/s/ *Sharon S. Masters*
Sharon S. Masters, Esquire
The Law Office of Sharon S. Masters
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Debtor